**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Mark Owen Foster                    D. T.
Louisiana Appellate Project          Walnut - 2 DOC No. 323225
P. O. Box 2057                       Louisiana State Prison
Natchitoches LA 71457                Angola, LA 70712

**REHEARING ACTION: February 4, 2009**

**Docket Number: 08   00814-KA**

**STATE OF LOUISIANA**
**VERSUS**
**D. T.**

**Appealed from Iberia Parish Case No. 06-402**

**BEFORE JUDGES:**

    **Hon. Michael G. Sullivan**
    **Hon. Elizabeth A. Pickett**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **D. T.** has this day been

    **DENIED.**

cc: Hon. J. Phillip Haney, Counsel for the Appellee
    Jeffrey J. Trosclair, Counsel for the Appellee